IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CV-00137-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF FARM SERVICE AGENCY, UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Plaintiff, <br><br> v. <br><br> HARVEY FERTILIZER AND GAS CO. <br><br> Defendant. | MOTION FOR SUMMARY JUDGMENT |

Plaintiff United States of America, by and through the United States Attorney for the Eastern District of North Carolina, moves this Court for summary judgment, pursuant to Federal Rule of Civil Procedure 56. A memorandum in support of this motion is being filed contemporaneously with the Court.

Respectfully submitted this the 5th day of June, 2012.

THOMAS G. WALKER
United States Attorney

By: /s/ Seth M. Wood
    SETH M. WOOD
Attorney for Plaintiff
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4821
Email: seth.wood@usdoj.gov
D.C. Bar No. 491011

CERTIFICATE OF SERVICE

I do hereby certify that I have this 5th day of June, 2012, served a copy of the foregoing upon the below-listed party by placing a copy of the same in the U.S. Mail, addressed as follows or by electronically filing the foregoing with the Clerk of Court using the District Court's CM/ECF system which will send notification of such filing.

    MICHAEL J. PARRISH
    N.C. State Bar I.D. No.: 38419
    Email: mjp@wardandsmith.com
    J. MICHAEL FIELDS
    N.C. State Bar I.D. No.: 018170
    Email: jmf@wardandsmith.com
    For the firm of
    Ward and Smith, P.A.
    P.O. Box 8088
    Greenville, NC 27835-8088

    /s/ Seth M. Wood
    SETH M. WOOD
    Attorney for Plaintiff
    Assistant United States Attorney
    Civil Division
    310 New Bern Avenue, Suite 800
    Raleigh, NC 27601-1461
    Telephone: (919) 856-4530
    Facsimile: (919) 856-4821
    E-Mail: seth.wood@usdoj.gov
    D.C. Bar No. 491011