UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Harvey Fertilizer and Gas Co., | ) | No. 4:11-CV-137-BO |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before United States District Judge Terrence W. Boyle for the consideration of the parties' cross-motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's motion for summary judgment is GRANTED, the defendant's motion is DENIED and the clerk is DIRECTED to close the file.

**This judgment filed and entered on March 12, 2013, and served on:**

Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)
Michael J. Parrish (via CM/ECF Notice of Electronic Filing)

March 12, 2013　　　　　　　　　　　　　　　　/s/ Julie A. Richards,
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court